STATE OF NEW JERSEY v. CHARLES HARRIS GUY.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BARTLEY.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK LEON MOFFETT.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER E. ENGLISH.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE LUIS GARCIA.

March 1, 1983.

Petition for certification denied.